# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Gary N. Lee, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12-cv-00033-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 13, 2013 Order.

June 13, 2013

Frank G. Johns, Clerk
United States District Court